IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ANTONIO BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 611-090 |
| | ) | |
| Warden BRUCE CHATMAN and | ) | |
| Unit Manager LARRY BREWTON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. It should be noted that the Court allowed the plaintiff an extension of time to file objections.

**ACCORDINGLY**, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. This case is **DISMISSED.**

SO ORDERED this _26th_ day of October, 2011.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia