| | |
|---|---|
| ANTONIO BROWN, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 611-090 |
| Warden BRUCE CHATMAN and Unit Manager LARRY BREWTON, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. It should be noted that the Court allowed the plaintiff an extension of time to file objections.

**ACCORDINGLY**, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. This case is **DISMISSED**.

**SO ORDERED** this 20th day of October, 2011.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia